# Court of Appeals
# of the State of Georgia

ATLANTA,___May 11, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0339. LISA TINCH v. CLAYTON COUNTY BOARD OF COMMISSIONERS et al.

Lisa Tinch has filed a timely application for discretionary appeal of an order granting the defendants' motion to dismiss an action filed by her. Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." The dismissal order in this case is a final order, and no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply. See *Turner v. Taylor*, 179 Ga. App. 574, 575 (1) (b) (346 SE2d 920) (1986).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Tinch shall have ten days from the date of this order to file a notice of appeal with the superior court. The superior court is instructed to include a copy of this order in the record transmitted to this court.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____05/11/2016_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*